UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY CARO,<br><br>      Plaintiff,<br><br>    v.<br><br>THE MEMBERS OF CONGRESS, et al.,<br><br>      Defendants. | Case No.  13-3416 WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion **must** contain (1) a complete IFP application, or (2) the full filing fee of $350.00.  His motion for an extension of time (Docket No. 3) is DENIED.  The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:**  September 3, 2013

WILLIAM H. ORRICK
United States District Judge